IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEAN MICHEL,
ALIEN # A99-573-871,

    Petitioner,

v.                                                CASE NO. 4:08-cv-00463-MP-WCS

MICHAEL B. MUKASEY,
ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, which recommends that Respondent's motion to dismiss, Doc. 17, be granted and that Petitioner's § 2241 petition for writ of habeas corpus be dismissed as moot. The Magistrate entered the Report on Tuesday, January 27, 2009. No party filed an objection to the Report, and the time to do so has now passed. The Court attempted to furnish Petitioner with a copy of the Report; however, the Court's mail to Petitioner was returned undeliverable to the Clerk's office. See Doc. 19. This is not the first time the Court has had difficulty reaching Petitioner. See Docs. 4 and 6. The Court previously advised Petitioner that it is his responsibility to keep the Court apprised of his current address and that failure to do so may result in a recommendation of dismissal. See Doc. 4. In this instance, however, the Magistrate recommends dismissal because Petitioner is apparently no longer in custody and, therefore, there is nothing left for the Court to do. Upon consideration, the Court agrees with the Magistrate that

the petition should be dismissed.  Accordingly, it is hereby

> **ORDERED AND ADJUDGED:**
>
> 1. The Report and Recommendation of the Magistrate Judge, Doc. 18, is ADOPTED and incorporated herein.
>
> 2. The Motion to Dismiss, Doc. 17, is GRANTED, and this § 2241 petition for writ of habeas corpus is DISMISSED as moot.  This case is closed.
>
> **DONE AND ORDERED** this  *2nd* day of March, 2009

> *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge